UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

LIN LI

---

02 Cr. 271 ( DC )
03 Cr. 567 (DC)

Order

To: U.S. Marshals Office

**It is hereby ordered :**

That the Defendant, LIN LI, Reg # 57374-054  DC

having been sentenced in the above case to a term of Time Served, *plus 14 days*; The U.S. Marshals are to

release the defendant, unless any pending warrants, detainers or other issues are encountered.

*in 14 days*  DC

_____
United States District Judge
Granit

11-4-2019
Date